**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN

TRAM D. LOPRESTO

December 28, 2017

**VIA ECF**
Hon. Kevin M. Fox, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    Passante v. Makkos

                Index No. 17-cv-8043

Dear Judge Fox,

    We represent defendants Thomas Makkos and Madison Global, LLC in the above-captioned matter and write to request a short extension of time until January 11, 2019 to respond to plaintiff's request for a pre-motion conference concerning plaintiff's proposed motion to compel.  We are requesting such an extension so that we can have an opportunity to consult with our client and resolve the instant discovery dispute without the need for the Court's intervention. We have reached out to plaintiff's counsel who does not oppose our request for such an extension.

    Thank you for your consideration.

                              Very truly yours,

                              /s/ Andrew S. Hoffmann
                              Andrew S. Hoffmann

cc:    Michael G. O'Neill, Esq. (via ECF)