```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIO PASSANTE, CARMINE COLASANTO,  :
GORAN STANIC, MARIAN TASE,
TARQUINO REYES, NAMGYAL BHUTIA and  :
ERHLEMBAT DORJSUREN,
                                    :
           Plaintiffs,
                                    :
    -against-                                   ORDER
                                    :
                                              17-CV-8043 (RA)(KNF)
THOMAS MAKKOS, MADISON GLOBAL, LLC, :
and NELLO BALAN,
                                    :
           Defendants.              :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with counsel to the plaintiffs and counsel to defendants Thomas Makkos and Madison Global, LLC on January 22, 2019. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that, on or before January 30, 2019, defendants Thomas Makkos and Madison Global, LLC shall respond to the plaintiffs' outstanding discovery demands.

Dated:  New York, New York            SO ORDERED:
        January 25, 2019

                                      _____
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE