**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN

TRAM D. LOPRESTO

February 27, 2019

**VIA ECF**
Hon. Kevin M. Fox, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Passante v. Makkos

        Index No. 17-cv-8043

Dear Judge Fox,

  We represent defendants Thomas Makkos and Madison Global, LLC in the above captioned matter and write with the consent of plaintiffs' counsel to respectfully request a sixty (60) day extension to the current discovery deadline of April 10, 2019.

  We are requesting such discovery extension because the undersigned has recently been diagnosed with cancer and will be commencing treating shortly. The parties have yet to conduct depositions in this matter and I anticipate the need to reschedule my calendar to accommodate my upcoming treatment schedule.

  We therefore respectfully request an extension to June 10, 2019 in order to complete discovery in this matter. Thank you in advance for your consideration.

        Very truly yours,

        /s/ Andrew S. Hoffmann
        Andrew S. Hoffmann