# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*By ECF*

July 11, 2018

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

       Re:    Passante et al. v. Makkos et al.
                  17 Civ. 8043 (RA)

Dear Judge Abrams:

      I represent the plaintiffs. I am writing to request the Court to schedule an initial scheduling conference. The reason the conference has not been held is because of the Court ordered mediation, but that mediation was unsuccessful, and the case should proceed to discovery.

                                            Respectfully yours,

*[signature]*