UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARIO PASSANTE, CARMINE COLASANTO,      :
GORAN STANIC, MARIAN TASE,
TARQUINO REYES, NAMGYAL BHUTIA and      :
ERHLEMBAT DORJSUREN, GATANO LISCO,
                                                      :

                    Plaintiffs,
                                                      :          ORDER

         -against-
                                                      :          17 -CV-8043 (RA)(KNF)

THOMAS MAKKOS, MADISON GLOBAL, LLC,
and NELLO BALAN,                                 :

                    Defendants.                 :

------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Based on the telephonic conference held with the parties on September 19, 2019, they shall

submit their joint pretrial order to the court on or before September 20, 2019.

Dated:   New York, New York                          SO ORDERED:
         September 11, 2019

                                                     _____
                                                     KEVIN NATHANIEL FOX
                                                     UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/19