USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9\12\2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO PASSANTE, *individually and on behalf of all other employees similarly situated*,

        Plaintiff,

v.

THOMAS MAKKOS, NELLO BALAN, AND MADISON GLOBAL, LLC,

        Defendants.

No. 17-CV-8043 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

A post-discovery conference in this matter will take place on October 4, 2019, at 3:30 p.m. No later than one week in advance of the conference the parties shall submit a joint letter updating the Court on the status of the case, including what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    September 12, 2019
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge