# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*By ECF*

September 18, 2019

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    Passante et al. v. Makkos et al.
                  17 Civ. 8043 (RA)

Dear Judge Abrams:

    I represent the plaintiffs. I am pleased to advise the Court that the parties reached a settlement of the within action at a private mediation yesterday. Because this is an FLSA action, Court approval is required for the settlement. In light of these developments, I am requesting that the deadline for filing the JPTO be canceled, that the October 4 conference be canceled, and that the Court give the parties until October 18, 2019 to file their application for approval of the settlement.

    Defendants consent to this request.

                                                  Respectfully yours,