# MICHAEL G. O'NEILL
ATTORNEY AT LAW

April 18, 2020

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

> Application granted.  No later than August 28, 2020, Plaintiffs' counsel shall file a motion for substitution pursuant to Federal Rule of Civil Procedure 25.  If it remains impossible to file the motion at that time, Plaintiffs' counsel shall inform the Court of that and request a subsequent extension at that time.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> April 20, 2020

Re:   Passante et al. v. Makkos et al.
      17 Civ. 8043 (RA)

Dear Judge Abrams:

    I represent the plaintiffs.  I am writing in accordance with the Court's March 30, 2020 order to request additional time to file the substitution of parties on behalf of Mr. Tase's estate.  The current deadline is April 27.

    All of the appropriate paperwork for the appointment of a personal representative for Mr. Tase's estate is completed, but we have been unable to file it because the New York courts are closed.  As of today, no new filings are allowed, and I do not know when that will change.  The attorney I use for Surrogate's Court work estimates that it may take 2-4 months for letters to be issued once the courts reopen, but we really do not know, because there is going to be a significant backlog.  For this reason, I cannot commit to filing the substitution by a date certain.

    I respectfully request that we set a date several months in the future, without prejudice to a further application in the event that the letters have not issued by that date.

Respectfully yours,

30 VESEY STREET•NEW YORK•NEW YORK•10007•(212) 581-0990•DARROW@ONEILLAW.COM