| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-21-20 |

PASSANTE, *et al.*,

                Plaintiffs,

      v.

MAKKOS, *et al.*,

                Defendants.

17-CV-8043 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    During a status conference held on September 4, 2020, the Court ordered the parties to meet and confer on a new schedule for settlement payments. It is hereby ORDERED that no later than October 2, 2020, the parties submit a joint status update informing the Court whether an agreement has been reached or whether the parties would prefer to have the matter referred to a mediator or magistrate judge for resolution.

SO ORDERED.

Dated:    September 21, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge