# MICHAEL G. O'NEILL
ATTORNEY AT LAW

May 3, 2021

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    Passante et al. v. Makkos et al.
                 17 Civ. 8043 (RA)

Dear Judge Abrams:

    I represent the plaintiffs.  Your Honor extended until today the deadline to move to substitute as party plaintiff the representative of Mr. Tase's estate.  I find myself again in the unhappy position of having to ask the Court for another extension of that date.

    The Surrogate's Court has still not issued letters of administration.  The attorney who handles Surrogate's Court work for me has followed up multiple times, but has been given no indication of when our application will be ruled on.  Accordingly, I am respectfully requesting an additional 90 day extension to substitute the Tase estate as party plaintiff for Mr. Tase.

                              ]Respectfully yours,

                              *[signature]*

Application granted.  Plaintiff shall submit another status letter no later than August 6, 2021.
SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
May 4, 2021