# MICHAEL G. O'NEILL
ATTORNEY AT LAW

> Application granted. The Clerk of Court is respectfully directed to replace Marian Tase with "Cornia Bogaciu, Administratrix of the Estate of Marian Tase" as Plaintiff in this action, and to amend the case caption accordingly.
>
> No later than July 14, 2021, the parties shall submit a joint status update regarding the payment of interest.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> June 14, 2021

June 11, 2021

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    Passante et al. v. Makkos et al.
            17 Civ. 8043 (RA)

Dear Judge Abrams:

    I represent the plaintiffs. I am pleased to report that Letters of Administration have now been issued for the estate of plaintiff Marian Tase. A copy of the Letters is attached.

    Accordingly, this letter represents plaintiffs' motion under Rule 25(a)(1) to substitute the Administratrix, Corina Bogaciu, in the place of Mr. Tase and to amend the caption to read:

> Mario Passante, Carmine Colasanto, Goran Stanic, Corina Bogaciu, Administratrix of the Estate of Marian Tase, Tarquino Reyes, Namgyal Bhutia, Erhlembat Dorjsuren and Gaetano Lisco,
>
>                                         Plaintiffs,
>
>     - against -
>
> Thomas Makkos, Madison Global, LLC, and Nello Balan,
>
>                                         Defendants.

All principal payments due under the settlement have been made, and all that remains is the payment of interest as agreed upon. I have made a proposal in that regard to counsel for defendants and hopefully we can have that resolved promptly. Accordingly, I request that the Court retain jurisdiction over this matter in the event that an application regarding interest need be made.

                                                  Respectfully yours,

## Surrogate's Court of the County of New York

Whereas, a decree has been entered by this court directing the issuance to you of LETTERS OF ADMINISTRATION, upon your qualifying, according to law.

Now, therefore, you are hereby authorized to administer the estate of said deceased subject to the jurisdiction and the supervision of this court.

**File #: 2020-1807**

| | | |
|---|---|---|
| Name of Decedent: | **Marian Tase** | Date of Death: 11-16-2019 |
| Domicile: | **County of New York** | |

Type of Letters Issued: **LETTERS OF ADMINISTRATION**

Fiduciary Appointed: **Corina Bogaciu**

**Limitations: None**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: May 10, 2021

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Hon Nora S. Anderson, Judge of the New York County Surrogate's Court

Diana Sanabria, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the New York County Surrogate's Court*

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Courts Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of the fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.