UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

CORNIA BOGACIU, *Administratrix of the Estate of Marian Tase*,

                Plaintiff,

      v.

THOMAS MAKKOS, NELLO BALAN, and MADISON GLOBAL, LLC,

                Defendants.

17-CV-8043 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      At a conference before this Court on Friday, July 23, 2021, the parties represented that they had reached agreement on all issues and would submit a joint letter no later than July 27, informing the Court whether this case could be closed. To date, the parties have not submitted this letter. No later than August 13, 2021, the parties shall submit a joint status report.

SO ORDERED.

Dated:    July 30, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge